UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH WAITHE and LINDA WAITHE, Individually and on behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ARROWHEAD CLINIC, INC., ARROWHEAD MANAGEMENT, INC., HARRY W. BROWN, INC., H. BROWN MANAGEMENT COMPANY, LLC., HARRY W. BROWN, JR., LEGAL COUNSEL, INC., ROBERT D. STEIN, and ROBERT D. STEIN d/b/a ROBERT D. STEIN & ASSOCIATES, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 4:09-cv-0021 |
| Defendants. | ) ) ) ) ) | |

**CERTIFICATE OF INTERESTED PERSONS**
<u>S.D. Ga. LR 3.2</u>

The undersigned, counsel of record for Defendants Arrowhead Clinic, Inc., Arrowhead Management Inc., Harry W. Brown, Inc., H. Brown Management Company, LLC, and Harry W. Brown, Jr., certifies that the following is a full and complete list of the parties in this action:

| **Name** | **Identification & Relationship** |
|---|---|
| Kenneth Waithe and Linda Waithe | Plaintiffs |
| Arrowhead Clinic, Inc. | Defendant |
| Arrowhead Management, Inc. | Defendant |
| Harry W. Brown, Inc. | Defendant |

LEGAL02/31183536v1

| | |
|---|---|
| H. Brown Management Company, LLC | Defendant |
| Harry W. Brown, Jr. | Defendant |
| Legal Counsel, Inc. | Defendant |
| Robert D. Stein | Defendant |
| Robert D. Stein d/b/a Robert D. Stein & Associates | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| **Name** | **Identification & Relationship** |
|---|---|
| Harry W. Brown, Sr., Officer and Director | Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc., |
| Nancy Sue Brown, Officer | Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc. |
| Harry W. Brown, Jr., Member and Manager | H. Brown Management Company, LLC |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

| **Name** | **Identification, Relationship & Interests** |
|---|---|
| None | |

Respectfully submitted this 9th day of March, 2009.

LEGAL02/31183536v1

- 3 -

/s/ *James C. Grant*
JAMES C. GRANT
Georgia Bar No. 305410
(*admitted pro hac vice*)
TRACY M. ELLIOTT
Georgia Bar No. 140944
(*admitted pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000 (Phone)
(404) 881-7777 (Facsimile)
jim.grant@alston.com
tracy.elliott@alston.com

G. MASON WHITE
Georgia Bar No. 754581
BRENNAN, HARRIS & ROMINGER LLP
Post Office Box 2784
Savannah, Georgia 31402
Phone:  (912) 233-3399
Facsimile:  (912) 236-4558
gmw@bhrlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **CERTIFICATE OF INTERESTED PERSONS (S.D. Ga. L.R. 3.2),** via the Court's electronic filing system, upon the following counsel of record:

    Brent J. Savage
    SAVAGE, TURNER, PINSON & KARSMAN
    304 East Bay Street
    Post Office Box 10600
    Savannah, Georgia 31412-1060

    Lloyd D. Murray
    LLOYD D. MURRAY & ASSOCIATES
    10164 Ford Ave, Suite A
    Post Office Box 1569
    Richmond Hill, Georgia 31324

    Johannes Kingma, Esq.
    John Roberts, Esq.
    CARLOCK COPELAND & STAIR
    2600 Marquis Two Tower
    285 Peachtree Center Avenue
    Atlanta, Georgia 30303

This 9th day of March, 2009.

                                            */s/ Tracy M. Elliott*
                                            Tracy M. Elliott

                                            Attorneys for Defendants Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc., H. Brown Management Company, LLC, and Harry W. Brown, Jr.