IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH WAITHE and LINDA
WAITHE, Individually and on
behalf of All Others Similarly
Situated,

    Plaintiff,

-vs-

ARROWHEAD CLINIC, INC.,
ARROWHEAD MANAGEMENT, INC.,
HARRY W. BROWN, INC., H. BROWN
MANAGEMENT COMPANY, LLC.,
HARRY W. BROWN, JR., LEGAL
COUNSEL, INC., ROBERT D.
STEIN, and ROBERT. D. STEIN
d/b/a ROBERT D. STEIN &
ASSOCIATES,

    Defendants.

Civil Action No. 4:09-CV-00021

CERTIFICATE OF INTERESTED PERSONS LR 3.2

The undersigned, counsel of record for the Plaintiffs, Kenneth Waithe and Linda Waithe, certifies that the following is a full and complete list of the parties in this action.

| Name | Identification & Relationship |
|---|---|
| Kenneth Waithe | Plaintiff |
| Linda Waithe | Plaintiff |
| Arrowhead Clinic, Inc. | Defendant |
| Arrowhead Management, Inc. | Defendant |
| Harry W. Brown, Inc. | Defendant |

| | |
|---|---|
| H. Brown Management Company, LLC | Defendant |
| Harry W. Brown, Jr. | Defendant |
| Legal Counsel, Inc. | Defendant |
| Robert D. Stein | Defendant |
| Robert D. Stein d/b/a Robert D. Stein & Assoc. | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|

Plaintiffs will defer to the statement of the Defendants on this issue as this information is within their purview.

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

| Name | Identification, Relationship & Interests: |
|---|---|
| Brent J. Savage | Partner with Savage, Turner, Pinson & Karsman |
| Robert Bartley Turner | Partner with Savage, Turner, Pinson & Karsman |
| William H. Pinson, Jr. | Partner with Savage, Turner, Pinson & Karsman |
| Stanley M. Karsman | Partner with Savage, Turner, Pinson & Karmsan |

| | |
|---|---|
| R. Scot Kraeuter | Partner with Savage, Turner, Pinson & Karsman |
| Kathryn Hughes Pinckney | Associate with Savage, Turner, Pinson & Karsman |
| C. Dorian Britt | Associate with Savage, Turner, Pinson & Karsman |
| Ashleigh R. Madison | Associate with Savage, Turner, Pinson & Karsman |
| Jeremy S. McKenzie | Associate with Savage, Turner, Pinson & Karsman |
| George T. Major | Associate with Savage, Turner, Pinson & Karsman |
| Danny McNamara | Associate with Savage, Turner, Pinson & Karsman |
| Lloyd D. Murray | Attorney |

Respectfully submitted this 11th day of March, 2009.

SAVAGE, TURNER, PINSON & KARSMAN

BY: /s/ Brent J. Savage
    Brent J. Savage
    Georgia Bar No. 627450

Savage, Turner, Pinson & Karsman
304 East Bay Street
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140
bsavage@savagelawfirm.net

Lloyd D. Murray, Esq.
Georgia Bar no. 531955
10164 Ford Ave., Suite A
Post Office Box 1569
Richmond Hill, Georgia 31324

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the foregoing Certificate of Interested Persons in this case via the Court's electronic filing system, upon the following counsel of record:

Tracy M. Elliott, Esq.
James C. Grant, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree St.
Atlanta, GA 30309-3424
404-881-7000
404-881-7777 (fax)

John Colquitt Rogers, Esq.
Carlock, Copeland, Semler & Stair, LLC
P.O. Box 56887
Atlanta, GA 30343-0887
404-522-8220
404-222-9482 (fax)
jrogers@carlockcopeland.com

Lloyd Dan Murray, Esq.
Murray & Harvey, LLC
10164 Ford Avenue
Suite A
Richmond Hill, GA 31324
912-756-4775
912-756-6310 (fax)

Johannes S. Kingma, Esq.
Carlock, Copeland, Semler & Stair, LLC
P.O. Box 56887
Atlanta, GA 30343-0887
404-221-2278
404-222-9482 (fax)
jkingma@carlockcopeland.com

Mason White, Esq.
Brennan, Harris & Rominger, LLP
P.O. Box 2784
Savannah, GA 31402-2784
912-233-3399
912-236-4558 (fax)
gmw@bhrlegal.com

THIS THE  11th   DAY OF MARCH, 2009.

SAVAGE, TURNER, PINSON & KARSMAN

BY: /s/ Brent J. Savage
Brent J. Savage
Georgia Bar No. 627450

Savage, Turner, Pinson & Karsman
304 East Bay Street
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140
bsavage@savagelawfirm.net