# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KENNETH WAITHE and LINDA WAITHE, Individually and on behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARROWHEAD CLINIC, INC., et al.,<br><br>　　　　Defendants. | Civil Action No.: 4:09-cv-00021 |

## CERTIFICATE OF INTERESTED PARTIES
## S.D. Ga. LR 3.2

The undersigned, counsel of record for Defendants Legal Counsel, Inc., Robert D. Stein, and Robert D. Stein d/b/a The Law Offices of Robert D. Stein and Associates certifies that the following is a full and complete list of the parties in this action:

| **Name** | **Identification and Relationship** |
|---|---|
| Kenneth Waithe and Linda Waithe, Individually and on behalf of all others similarly situated | Plaintiffs |
| Arrowhead Clinic, Inc. | Defendant |
| Arrowhead Management, Inc. | Defendant |
| Harry W. Brown, Inc. | Defendant |
| H. Brown Management Company, LLC | Defendant |

- 2 -

| | |
|---|---|
| Harry W. Brown, Jr. | Defendant |
| Legal Counsel, Inc. | Defendant |
| Robert D. Stein | Defendant |
| Robert D. Stein d/b/a The Law Offices of Robert D. Stein and Associates | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| **Name** | **Identification and Relationship** |
|---|---|
| Robert D. Stein, Officer and Director | Legal Counsel, Inc. |
| Harry W. Brown, Sr., Officer and Director | Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc. |
| Nancy Sue Brown, Officer | Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc. |
| Harry W. Brown, Jr., Member and Manager | H. Brown Management Company, LLC |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or similar relationship):

| **Name** | **Identification, Relationship, and Interests** |

None

Submitted this 12th day of March, 2009.

                CARLOCK, COPELAND & STAIR, LLP

           By:    */s/ John C. Rogers*
                  JOHANNES S. KINGMA
                  State Bar No. : 421650
                  JOHN C. ROGERS
                  State Bar No.: 612741

                  Attorneys for Defendants Legal Counsel, Inc., Robert D. Stein, and Robert D. Stein d/b/a The Law Offices of Robert D. Stein and Associates

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia  30303
Telephone:  (404) 522-8220
Facsimile:   (404) 523-2345
    ……….
P.O. Box 56887
Atlanta, Georgia  30303

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served the *Certificate of Interested Parties (S.D. Ga. LR 3.2)* all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing, which was generated as a result of electronic filing.

>Brent J. Savage
>Savage, Turner, Pinson & Karsman
>P.O. Box 10600
>Savannah, GA 31412
>
>Lloyd D. Murray
>Lloyd D. Murray & Associates
>10164 Ford Ave., Suite A
>Post Office Box 1569
>Richmond Hill, Georgia  31324
>
>Tracy M. Elliott
>James C. Grant
>Alston & Bird, LLP
>One Atlantic Center
>1201 W. Peachtree St.
>Atlanta, Georgia 30309
>
>Mason White
>Brennan, Harris & Rominger, LLP
>P.O. Box 2784
>Savannah, GA 31402

This 12th day of March, 2009.

>CARLOCK, COPELAND & STAIR, LLP
>
>
>By:   */s/ John C. Rogers*_____
>       JOHN C. ROGERS
>       State Bar No.: 612741

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia  30303
Telephone:  (404) 522-8220
Facsimile:   (404) 523-2345
    ……….
P.O. Box 56887
Atlanta, Georgia  30303