# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY )<br>)<br>)<br>)<br>v.  )<br>)<br>KENNETH WAITHE, LINDA )<br>WAITHE, ARROWHEAD CLINIC, )<br>INC., ARROWHEAD MANAGEMENT, )<br>INC., HARRY W. BROWN, INC., H. )<br>BROWN MANAGEMENT COMPANY, )<br>LLC, HARRY W BROWN, JR. ) | Case No. CV 209-96 |

## ORDER

On July 7, 2009, a Complaint for Declaratory Judgment was filed by Plaintiff State Farm Fire & Casualty Company. The complaint requested that this Court stay case number CV 409-21, Kenneth Waithe and Linda Waithe v. Arrowhead Clinic, et al, pending judgment on the above captioned case. This request, having been read and considered by the Court, is hereby **GRANTED**.

The Clerk is hereby ordered to stay case number CV 409-21 and close said case for statistical purposes until resolution of the above captioned Declaratory Judgment case.

SO ORDERED this 24 day of August, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE