UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KENNETH WAITHE and LINDA WAITHE, Individually and on behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ARROWHEAD CLINIC, INC., ARROWHEAD MANAGEMENT, INC., HARRY W. BROWN, INC., H. BROWN MANAGEMENT COMPANY, LLC., HARRY W. BROWN, JR., LEGAL COUNSEL, INC., ROBERT D. STEIN and ROBERT D. STEIN d/b/a ROBERT D. STEIN & ASSOCIATES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:09-cv00021-LGW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS ARROWHEAD CLINIC, INC., ARROWHEAD MANAGEMENT, INC., HARRY W. BROWN, INC., H. BROWN MANAGEMENT COMPANY, LLC, AND HARRY W. BROWN, JR.'S RESPONSE TO PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

    Defendants Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc., H. Brown Management Company LLC, and Harry W. Brown, Jr. ("these Defendants") do not oppose Plaintiffs' Motion for Status Conference (Doc. 44). Although these Defendants question the need for such a status conference, they do not oppose the Motion. However, to most efficiently use the Court and the parties' time and resources, these Defendants request that the status conference, if granted, be held telephonically.

- 2 -

Respectfully submitted this 25th day of February, 2010.

>
> */s/ Tracy M. Elliott*
> JAMES C. GRANT
> Georgia Bar No. 305410
> (*admitted pro hac vice*)
> TRACY M. ELLIOTT
> Georgia Bar No. 140944
> (*admitted pro hac vice*)
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, Georgia  30309-3424
> (404) 881-7000 (Phone)
> (404) 881-7777 (Facsimile)
> jim.grant@alston.com
> tracy.elliott@alston.com
>
> G. MASON WHITE
> Georgia Bar No. 754581
> BRENNAN, HARRIS & ROMINGER, LLP
> P.O. Box 2784
> Savannah, Georgia 31402
> (912) 233-3399 (Phone)
> (912) 236-4558 (Facsimile)
> gmw@bhrlegal.com
>
> **Attorneys for Defendants Arrowhead Management, Inc., Arrowhead Clinic, Inc., Harry W. Brown, Inc., H. Brown Management Company, LLC, and Harry W. Brown, Jr.**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing **DEFENDANTS ARROWHEAD CLINIC, INC., ARROWHEAD MANAGEMENT, INC., HARRY W. BROWN, INC., H. BROWN MANAGEMENT COMPANY, LLC, AND HARRY W. BROWN, JR.'S RESPONSE TO PLAINTIFFS' MOTION FOR STATUS CONFERENCE** via the Court's electronic filing system upon the following counsel of record:

> Brent J. Savage, Esq.
> SAVAGE, TURNER, PINSON & KARSMAN
> 304 East Bay Street
> Post Office Box 10600
> Savannah, Georgia  31412
>
> Lloyd D. Murray, Esq.
> LLOYD D. MURRAY & ASSOCIATES
> 10164 Ford Ave., Suite A
> Post Office Box 1569
> Richmond Hill, Georgia 31324
>
> Johannes Kingma, Esq.
> John Roberts, Esq.
> CARLOCK COPELAND
> 2600 Marquis Two Tower
> 285 Peachtree Center Avenue
> Atlanta, Georgia 30303

This 25th day of February, 2010.

> /s/  Tracy M. Elliott
> Tracy M. Elliott
> Alston & Bird LLP
>
> Attorneys for Defendants Arrowhead Clinic, Inc., Arrowhead Management, Inc., Harry W. Brown, Inc., H. Brown Management Company, LLC, and Harry W. Brown, Jr.