# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH and LINDA WAITHE | ) | |
| | ) | |
| v. | ) | CV 409-21 |
| | ) | |
| ARROWHEAD CLINIC, INC., | ) | |
| ARROWHEAD MANAGEMENT, INC., | ) | |
| HARRY W. BROWN, INC., H. BROWN | ) | |
| MANAGEMENT COMPANY, LLC., | ) | |
| HARRY W. BROWN, JR., LEGAL | ) | |
| COUNSEL, INC., and ROBERT D. STEIN | ) | |

## ORDER

On August 24, 2009 this Court ordered the above captioned case stayed until the resolution of the declaratory judgment action, case number CV 209-96, State Farm Fire and Casualty Company v. Kenneth Waithe, et al. On August 24, 2010, this Court entered judgment in the declaratory judgment action. The Clerk is hereby ordered to lift the stay in CV 409-21, Waithe v. Arrowhead Clinic, et al. and a new scheduling order will be issued.

SO ORDERED, this 3 day of September, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA