# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KENNETH and LINDA WAITHE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CV409-021 |
| ) | |
| ARROWHEAD CLINIC, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court **STAYS** the December 7, 2011, Wesley Hargrave deposition until it rules on defendants' Joint Motion for Relief.  Doc. 131.

**SO ORDERED,** this 5th day of December, 2011.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**