IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| KENNETH WAITHE and LINDA WAITHE, Individually and on behalf of All Others Similarly Situated | ) ) ) ) | CV409-021 |
| v. | ) ) ) | |
| ARROWHEAD CLINIC, INC., ARROWHEAD MANAGEMENT, INC., HARRY W. BROWN, INC., H. BROWN MANAGEMENT COMPANY, LLC, HARRY W. BROWN, JR., LEGAL COUNSEL, INC., ROBERT D. STEIN d/b/a ROBERT D. STEIN & ASSOCIATES | ) ) ) ) ) ) ) ) ) | |

## ORDER

The United States Court of Appeals for the Eleventh Circuit has dismissed Appellant's appeal;

IT IS HEREBY ORDERED that the Order of the Eleventh Circuit, U.S. Court of Appeals, is made the order of this Court.

SO ORDERED this ___7___ day of ___November___, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA